UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
       Plaintiff,                   )
                                    )
  v.                                )   Civil Action No. 17-1820 (RBW)
                                    )
NOVO NORDISK, INC.,                 )
                                    )
       Defendant.                   )
_____)

## ORDER

In light of the parties' Joint Stipulation for Dismissal of this case, it is hereby

**ORDERED** that the Joint Stipulation for Dismissal of this case is **GRANTED**. It is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that each party shall bear its own costs and fees associated with this case and all rights of appeal shall be waived. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 11th day of September, 2017.

                                              REGGIE B. WALTON
                                              United States District Judge